**ORIGINAL**

| | |
|---|---|
| 1 | **John D. Ostrander**, OSB No. 87394 |
|   | john@eoplaw.com |
| 2 | ELLIOTT, OSTRANDER & PRESTON, P.C. |
|   | 707 SW Washington St., Suite 1500 |
| 3 | Portland, Oregon 97205 |
|   | Telephone: (503) 224-7112 |
| 4 | Facsimile: (503) 224-7819 |
| 5 | Of Attorneys for Plaintiffs |

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | | |
|---|---|---|
| 11 | LIGHTSPEED AVIATION, INC., and MICHAEL WURTZ, | Case No. CV 05 1341 AS |
| 12 | | **NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)** |
| 13 | Plaintiffs, | |
| 14 | v. | |
| 15 | BOSE CORPORATION, | |
| 16 | Defendant. | |

Plaintiffs Lightspeed Aviation, Inc. and Michael Wurtz hereby DISMISS this action WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), with respect to any claim of infringement against Bose Corporation's products accused in Plaintiff's Complaint up through December 31, 2007. All other claims of Plaintiffs, including but not limited to claims Plaintiffs may assert after December 31, 2007 are DISMISSED pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) WITHOUT PREJUDICE to re-file them.

/ / /

Page 1 - NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

ELLIOTT, OSTRANDER & PRESTON, P.C.

UNION BANK OF CALIFORNIA TOWER
707 SW WASHINGTON STREET, SUITE 1500
PORTLAND, OR 97205
TELEPHONE: (503) 224-7112
FACSIMILE: (503) 224-7819
EMAIL: attorneys@eoplaw.com

1

2          DATED this 12 day of May, 2006.

3                              ELLIOTT, OSTRANDER & PRESTON, P. C.

4                              By: /s/ John D. Ostrander

5                              John D. Ostrander, OSB No. 87394
                               Of Attorneys for Plaintiffs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Page 2 -  NOTICE OF DISMISSAL PURSUANT TO FED. R.  |  **ELLIOTT,**           | UNION BANK OF CALIFORNIA TOWER
          CIV. P. 41(a)(1)(i)                        |  **OSTRANDER &**        | 707 SW WASHINGTON STREET, SUITE 1500
                                                     |  **PRESTON, P.C.**      | PORTLAND, OR 97205
                                                     |                         | TELEPHONE: (503) 224-7112
                                                     |                         | FACSIMILE: (503) 224-7819
                                                     |                         | EMAIL: attorneys@eoplaw.com

**CERTIFICATE OF SERVICE**

I certify that I served the foregoing **NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)** on the following attorney on May 12, 2006, by mailing a true and correct copy thereof, addressed to said attorney at the address shown below, and deposited in the United States mail on said day with sufficient postage, in a sealed envelope, at the post office at Portland, Oregon:

Mr. Gregory Madera
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-1804

ELLIOTT, OSTRANDER & PRESTON, P.C.

By /s/ John D. Ostrander
John D. Ostrander, OSB No. 87394
Of Attorneys for Plaintiffs

Page 1 - CERTIFICATE OF SERVICE

ELLIOTT, OSTRANDER & PRESTON, P.C.

UNION BANK OF CALIFORNIA TOWER
707 SW WASHINGTON STREET, SUITE 1500
PORTLAND, OR 97205
TELEPHONE: (503) 224-7112
FACSIMILE: (503) 224-7819
EMAIL: attorneys@eoplaw.com