IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LIGHTSPEED AVIATION, INC., and MICHAEL WURTZ,

          Plaintiffs,

   v.

BOSE CORPORATION,

          Defendant.

CV. 05-1341-AS

JUDGMENT

ASHMANSKAS, Magistrate Judge:

On May 12, 2006, plaintiffs filed a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Defendant has not served an answer or motion for summary judgment.

Therefore, pursuant to plaintiffs' notice, IT IS ORDERED and ADJUDGED that: (1) any claim of infringement by defendant's products alleged in plaintiff's complaint up through December 31, 2007, is DISMISSED with prejudice and without costs to any party; (2) all other claims, including any claims plaintiffs might assert after December 31, 2007, are DISMISSED

1 - JUDGMENT

without prejudice; (3) pending motions, if any, are DENIED as moot; and (4) all scheduling dates shall be vacated and stricken from the calendar.

      DATED this 16th day of May, 2006.

                                    /s/Donald C. Ashmanskas
                                    DONALD C. ASHMANSKAS
                                    United States Magistrate Judge

2 - JUDGMENT